UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NOVINGER, | No. 2:13-cv-2262 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED OF OMAHA, | |
| Defendant. | |

**STATUS (PRETRIAL SCHEDULING) ORDER**

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held on April 9, 2014.  Plaintiff Patricia Novinger appeared in propria persona.  Peter Felsenfeld appeared for defendant.

After hearing, the court makes the following findings and orders:

/////

/////

1

**SERVICE OF PROCESS**

Defendant has been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

Pursuant to the stipulation of the parties, defendant Mutual of Omaha is dismissed. United of Omaha is substituted in as party defendant. No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

**JURISDICTION/VENUE**

This action was properly removed under ERISA. Jurisdiction is hereby found to be proper, as is venue.[1]

**DISCOVERY**

Review will be limited to the administrative record. The parties agree that the standard of review will be de novo. Defendant shall file the administrative record no later than May 7, 2014.

**MOTION HEARING SCHEDULE**

Dispositive cross-motions shall be filed no later than May 28, 2014. Opposition, if any, shall be filed no later than June 11, 2014. Reply, if any, shall be filed no later than June 18, 2014. The matter shall thereafter stand submitted.

**SETTLEMENT CONFERENCE**

The parties agreed at the hearing to waive disqualification of the undersigned. Within seven days of the date of this order, the parties shall accordingly file a Waiver of Disqualification of Settlement Judge. Settlement conference is set before the undersigned on May 6, 2014 at 9:30 a.m. in courtroom no. 24.

Parties are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. Leave is granted to defendant to have its principal appear telephonically at the settlement conference. The

---

[1] Plaintiff indicated at the hearing that she may file a motion contesting removal. The court will, of course, consider such a motion if plaintiff files it, but it does appear that removal was proper under ERISA.

Case 2:13-cv-02262-KJM-CKD   Document 12   Filed 04/10/14   Page 3 of 3

individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

The parties are directed to submit their confidential settlement conference statements to the Court using the following email address: ckdorders@caed.uscourts.gov. Any party unable to submit their statement via email may do so using traditional mail service. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least seven days prior to the settlement conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

**MISCELLANEOUS PROVISIONS**

There appear to be no other matters presently pending before the court that will aid the just and expeditious disposition of this matter.

Pursuant to Fed. R. Civ. P. 16(b), THE COURT SUMMARIZES THE SCHEDULING ORDER AS FOLLOWS:

1. Defendant Mutual of Omaha is dismissed. United of Omaha is substituted in as party defendant. The Clerk of Court shall amend the docket accordingly.

2. Defendant shall file the administrative record no later than May 7, 2014.

3. Dispositive cross-motions shall be filed no later than May 28, 2014. Opposition, if any, shall be filed no later than June 11, 2014. Reply, if any, shall be filed no later than June 18, 2014. The matter shall thereafter stand submitted.

4. Settlement conference is set before the undersigned on May 6, 2014 at 9:30 a.m. in courtroom no. 24. Settlement conference statements shall be submitted no later than April 29, 2014.

Dated: April 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 novinger.oas

3